IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS,<br><br>          Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and JOHN DOES 1 THROUGH 15,<br><br>          Defendants. | 8:14CV207<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED that the parties' joint motion, (Filing No. 101), is granted, and the final progression order is amended as follows:

1) The trial and pretrial conference are continued pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on October 28, 2016 at **2:00 p.m.** to discuss the status of case progression and potential settlement. The parties shall use the case conference instructions assigned to this case, (Filing No. 105), to participate in the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is September 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by September 8, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        September 1, 2016.

        For the defendant(s):      October 3, 2016.

5) The deposition deadline is November 1, 2016.

6) The deadline for filing motions to dismiss, for summary judgment, and to exclude testimony on *Daubert* and related grounds is November 18, 2016.

June 7, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge