IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS,<br><br>                Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and JOHN DOES 1 THROUGH 15,<br><br>                Defendants. | **8:14CV207**<br><br>**ORDER** |

After conferring with counsel, the parties' unopposed motion to continue, (Filing No. 109), is granted as follows:

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on May 8, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on April 18, 2017 at 1:00 p.m.  Counsel shall participate using the conferencing instructions located at filing no. [87].  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 17, 2017.

3) The telephonic conference previously set for October 28, 2016 is cancelled.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 15, 2016.  Motions to compel Rule 33 through 36 discovery must be filed by November 29, 2016  **Note:**  Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2

5)     The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

         For the plaintiff(s):          November 15, 2016.

         For the defendant(s):          December 15, 2016.

6)     The deposition deadline is January 13, 2017.

7)     The deadline for filing motions to dismiss and motions for summary judgment is January 27, 2017.[1]

8)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 27, 2017.

9)     Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

10)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

August 25, 2016.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.