IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS,<br><br>                Plaintiffs,<br><br>vs.<br><br>WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and JOHN DOES 1 THROUGH 15,<br><br>                Defendants. | **8:14CV207**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Elizabeth A. Gregory as counsel of record for the State, (filing no. 114), is granted.

August 29, 2016.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge