IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA,  DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and  JOHN DOES 1 THROUGH 15,<br><br>    Defendants. | **8:14CV207**<br><br>**ORDER** |

  This lawsuit has been pending for over two years. The parties now jointly move to continue the court's case scheduling order, but they have not explained why the schedule they proposed, and the court accepted, during the conference call on August 25, 2016 must now be continued. In the absence of any showing of good cause, (see *Sherman v. Winco Fireworks, Inc., 532 F.3d 709 (8th Cir. 2008)*),

  IT IS ORDERED:

1)  The parties' motion to continue, (Filing No. 122), is denied.

2)  The jury trial of this case is set to commence before Laurie Smith Camp, Chief United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on May 9, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3)  All other deadlines and settings within the court's scheduling order, (Filing No. 113), are unchanged.

December 13, 2016.         BY THE COURT:

                  *s/ Cheryl R. Zwart*
                  United States Magistrate Judge