# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and JOHN DOES 1 THROUGH 15, <br><br> Defendants. | **8:14CV207** <br><br> **ORDER** |

IT IS ORDERED that the motion to permit Peter J. Leo to withdraw as counsel on behalf of Defendant Westside Community Schools, (Filing No. 129), is granted.

January 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge