IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, AND DENICE PARSONS,<br><br>             Plaintiffs,<br><br>   vs.<br><br>WESTSIDE COMMUNITY SCHOOLS, CITY OF OMAHA, DOUGLAS COUNTY NEBRASKA, AND a political subdivision of the State; and JOHN DOES 1 THROUGH 15,<br><br>             Defendants. | **8:14CV207**<br><br><br>**ORDER** |

    On the plaintiffs' unopposed motion, (Filing No. 126), and for good cause shown,

    IT IS ORDERED that the final progression order is amended as follows:

1)     The jury trial of this case is set to commence before Laurie Smith Camp, Chief United States District Judge, in Courtroom 2, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on August 15, 2017, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)     The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 25, 2017 at **1:00 p.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case (Filing No. 134) to participate in the conference The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 24, 2017.

3)     A telephonic conference with the undersigned magistrate judge will be held on April 7, 2017 at **9:00 a.m.** to discuss the parties' interest in settlement. Counsel shall use the conferencing instructions assigned to this case (Filing No. 134) to participate in the conference.

4)     The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        February 24, 2017.
        For the defendant(s):     March 27, 2017.

5)  The deposition deadline is April 3, 2017.

6)  The deadline for filing motions to dismiss and motions for summary judgment is April 17, 2017.[1]

7)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 17, 2017.

8)  **No further extensions will be granted absent a <u>substantial</u> showing of good cause**.

January 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.