IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA PARSONS, and DENICE PARSONS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BLANE MCCANN, individually and as Superintendent of Westside Community Schools; KENT KINGSTON, individually and as Executive Director of Westside Community Schools; WESTSIDE COMMUNITY SCHOOLS, BRENDA BEADLE, individually and in her official capacity as a Douglas County Attorney; DON KLEINE, a Douglas County Attorney; DOUGLAS COUNTY ATTORNEY OFFICE, MARK FOXALL, as Director of the Douglas County Department of Corrections; CITY OF OMAHA, OMAHA POLICE DEPARTMENT, DOUGLAS COUNTY NEBRASKA, a political subdivision of the State; BOB BLANCHARD, individually and in his capacity as representative of the Young Adult Court; NICK LURZ, individually and in his capacity as representative of the Young Adult Court; and JOHN DOES 1 THROUGH 15,<br><br>        Defendants. | 8:14CV207<br><br>ORDER OF DISMISSAL |

      This matter is before the Court on the parties' Stipulated Dismissal, ECF No. 138. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be

dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulated Dismissal, ECF No. 138, is approved;

2. The above-captioned action is dismissed with prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 28th day of February, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge